UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 4:24-CR-219 |
| v. | (Chief Judge Brann) |
| **DARTANINE RANSOM,** | |
| Defendant. | |

FILED
WILLIAMSPORT
AUG 20 2024
PER _NR_
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 846
(Conspiracy to Distribute and Possess
with Intent to Distribute a Controlled Substance)

From in or about May 2024, to in or about July 2024, within the Middle District of Pennsylvania, the defendant,

**DARTANINE RANSOM,**

knowingly and intentionally combined, conspired, confederated, and agreed with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about June 4, 2024, within the Middle District of Pennsylvania, the defendant,

**DARTANINE RANSOM,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about ~~July~~ June 13, 2024, within the Middle District of Pennsylvania, the defendant,

**DARTANINE RANSOM,**

2

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about June 14, 2024, within the Middle District of Pennsylvania, the defendant,

**DARTANINE RANSOM,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about July 17, 2024, within the Middle District of Pennsylvania, the defendant,

**DARTANINE RANSOM,**

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, the defendant,

**DARTANINE RANSOM,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in

any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms or ammunition involved in the criminal offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

GERARD M. KARAM  
United States Attorney

FOREPERSON

*signature*

KYLE A. MORENO  
Assistant United States Attorney

8-20-24  
Date